IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HARLEIGH D. CALAME,

    Plaintiff,

vs.

Case No. 05-1211-JTM

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

MEMORANDUM AND ORDER

    This matter is before the court on the defendant Commissioner's motion for final judgment. The issue in this case was whether plaintiff Calame was entitled to disability insurance benefits under Title II of the Social Security Act (the Act) 42 U.S.C. § 401 et seq., and supplemental security income (SSI) benefits under Title XVI of the Act, 42 U.S.C. § 1381 et seq. Calame contended that he became disabled in March, 2002, but his application was denied in an ALJ decision, and the present action was filed on July 11, 2005. On March 28, 2006, this court remanded the case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g), thereby retaining jurisdiction.

    The Commissioner has informed the court that on January 25, 2007, an administrative law judge (ALJ) issued a fully favorable decision, finding that Calame was disabled as of March 12, 2002. Since there are no unresolved issues for the court's consideration, the court hereby enters final judgment.

IT IS SO ORDERED this 9th day of May, 2007 that the defendant's Motion for Final Judgment (Dkt. No. 13) is hereby granted.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE